IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :        CHAPTER 13

James Darby                     :        No.  17-16536-mdc
   Debtor

<u>ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE
STATEMENTS, SCHEDULES, PLAN AND REQUIRED DOCUMENTS</u>

AND NOW, upon consideration of the Application for Extension of Time to file the required documents it is hereby

ORDERED and DECREED that Debtors attorney David M. Offen is given an extension of time of (14) days until **October 31, 2017,** by which date all required documents must be filed.

_____        October 12, 2017
HONORABLE MAGDELINE D COLEMAN           DATED:
U.S. BANKRUPTCY JUDGE

cc:

William C Miller, Trustee

David M. Offen, Esquire

James Darby