United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-16536-mdc
James T. Darby, Sr.                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Oct 12, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2017.
db              +James T. Darby, Sr.,    411 Folsom Avenue,    Prospect Park, PA 19076-2414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2017 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor James T. Darby, Sr. dmo160west@gmail.com,
               davidoffenecf@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| James Darby | : | No.  17-16536-mdc |
| Debtor | | |

## ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE STATEMENTS, SCHEDULES, PLAN AND REQUIRED DOCUMENTS

AND NOW, upon consideration of the Application for Extension of Time to file the required documents it is hereby

ORDERED and DECREED that Debtors attorney David M. Offen is given an extension of time of (14) days until **October 31, 2017,** by which date all required documents must be filed.

*Magdeline D. Coleman*    October 12, 2017
_____
HONORABLE MAGDELINE D COLEMAN        DATED:
U.S. BANKRUPTCY JUDGE

cc:

William C Miller, Trustee

David M. Offen, Esquire

James Darby