**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| James T. Darby, Sr. | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 17-16536 |

NOTICE

To the debtor, debtor's counsel, trustee, and creditor Delaware Division of Revenue;

NOTICE is hereby given that:

Pursuant  to Federal Rules of Bankruptcy Procedure 3004 and 3005,  you are hereby notified that a proof of claim in the amount of $ 1000.00 has been filed in your name by David M. Offen, Esquire on May 7, 2018.

Dated: 05/08/2018

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Antoinette Stevenson
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)