United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James T. Darby, Sr.  
    Debtor

Case No. 17-16536-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: May 08, 2018  
                          Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2018.  
db         +James T. Darby, Sr.,   411 Folsom Avenue,   Prospect Park, PA 19076-2414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13989111       +E-mail/Text: REV_Bankruptcy_General@state.de.us May 09 2018 02:10:06  
               Delaware Division of Revenue,   Bankruptcy Division,   P.O. 830,   Wilmington, De. 19899-0830,  
               Wilmington, DE 19899-0830  
                                                                                                                                                                                                     TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2018 at the address(es) listed below:  
               DAVID M. OFFEN   on behalf of Debtor James T. Darby, Sr. dmo160west@gmail.com,  
               davidoffenecf@gmail.com  
               KEVIN G. MCDONALD   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com  
               MATTEO SAMUEL WEINER   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com  
               United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
               WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                                                                                         TOTAL: 5

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| James T. Darby, Sr. | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 17-16536 |

NOTICE

To the debtor, debtor's counsel, trustee, and creditor Delaware Division of Revenue;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 1000.00 has been filed in your name by David M. Offen, Esquire on May 7, 2018.

Dated: 05/08/2018

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Antoinette Stevenson
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)