**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


In Re    James T. Darby, Sr.              )  Chapter 13
         Debtor                           )
                                          )  No. 17-16536-MDC
                                          )
                                          )


**CERTIFICATION OF NO RESPONSE**


I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.


/s/David M. Offen
David M. Offen
Attorney for Debtor