```
                IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE:                                    :     CHAPTER 13

   James T. Darby, Sr.                    :     No. 17-16536-MDC
     Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer to Motion for Relief was served on September 7, 2018 on the Chapter 13 Trustee, William C. Miller, Esquire by electronic mail along with the following creditor:

Kevin G. McDonald on behalf of Midfirst Bank
bkgroup@kmllawgroup.com

                                            /s/ David M. Offen
                                            David M. Offen Esq.
                                            Attorney for Debtor
                                            601 Walnut Street
                                            Suite 160 West
                                            Philadelphia, PA 19106
                                            215-625-9600

9/7/18