United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16536-mdc
James T. Darby, Sr.                                                       Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett          Page 1 of 1              Date Rcvd: Oct 30, 2018
                               Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2018.
db             +James T. Darby, Sr.,    411 Folsom Avenue,    Prospect Park, PA 19076-2414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2018 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor James T. Darby, Sr. dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| James T. Darby Sr. | Debtor | CHAPTER 13 |
| MIDFIRST BANK | Movant | |
| vs. | | NO. 17-16536 MDC |
| James T. Darby Sr. | Debtor | |
| William C. Miller Esq. | Trustee | 11 U.S.C. Section 362 |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.      The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$6,791.14,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | June 1, 2018 to October 1, 2018 at $1,091.28/month |
| Late Charges; | August 2018 to October 2018 at $43.65/month |
| Uncollected Late Charges: | $218.25 |
| Suspense Balance: | $45.46 |
| Fees and Costs Relating to Motion: | $1,031.00 |
| **Total Post-Petition Arrears** | **$6,791.14** |

2.      The Debtor shall cure said arrearages in the following manner;

a). Beginning on November 1, 2018  and continuing through April 1, 2019, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$1,091.28** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$1,131.86 from November 2018 to March 2019 and $1,131.84 for April 2019** towards the arrearages on or before the last day of each month at the address below;

**MidFirst Bank**
999 Northwest Grand Boulevard
Oklahoma City, OK 73118

b).    Maintenance of current monthly mortgage payments to the Moving Party thereafter.

3.      Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4.      In the event the payments under Section 2 above are not tendered pursuant to the terms

of this stipulation, the Moving Party shall notify Debtor(s) and Debtor's attorney of the default in writing

and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice.  If Debtor(s)

should fail to cure the default within fifteen (15) days, the Moving Party may file a Certification of

Default with the Court and the Court shall enter an Order granting the Moving Party relief from the

automatic stay.

5.      The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6.      If the case is converted to Chapter 7, the Moving Party shall file a Certification of

Default with the court and the court shall enter an order7 granting the Moving party relief from the

automatic stay.

7.      If the instant bankruptcy is terminated by either dismissal or discharge, this agreement

shall be null and void, and is not binding upon the parties.

8.      The provisions of this stipulation do not constitute a waiver by the Moving Party of its

right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due

under the terms of the mortgage and applicable law.

9.      The parties agree that a facsimile signature shall be considered an original signature.


Date:    October 18, 2018                    /s/ Kevin G. McDonald, Esquire
                                             Kevin G. McDonald, Esquire
                                             Attorney for Movant


Date: October 19, 2018                       _____
                                             David M. Offen, Esquire
                                             Attorney for Debtor


Date: 10/29/18                               _____
                                             William C. Miller, Esquire    NO POSITION
                                             Chapter 13 Trustee

                                             *without prejudice to any
                                             trustee rights or remedies


Approved by the Court this ___30th___ day of ___October___, 2018. However, the court retains
discretion regarding entry of any further order.

                                             _____
                                             Bankruptcy Judge
                                             Magdeline D. Coleman