United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-16536-mdc |
| James T. Darby, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 12, 2022 | Form ID: 138OBJ | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James T. Darby, Sr., 411 Folsom Avenue, Prospect Park, PA 19076-2414 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 13 2022 01:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 13989107 | | Email/Text: ebn@americollect.com | Oct 13 2022 01:02:00 | Americollect Inc, Po Box 1566, 1851 S Alverno Rd, Manitowoc, WI 54221 |
| 14062848 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2022 01:12:50 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14011945 | + | Email/Text: bankruptcy@consumerportfolio.com | Oct 13 2022 01:02:00 | CONSUMER PORTFOLIO SERVICES, INC., P.O. BOX 57071, IRVINE, CA. 92619-7071 |
| 13989108 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 13 2022 01:12:44 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13989109 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2022 01:02:00 | Commonwealth of Pa, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0001 |
| 13989110 | + | Email/Text: bankruptcy@consumerportfolio.com | Oct 13 2022 01:02:00 | Consumer Portfolio Svc, Attn: Bankruptcy, 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 13989111 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Oct 13 2022 01:02:00 | Delaware Division of Revenue, Bankruptcy Division, P.O. 830, Wilmington, De. 19899-0830, Wilmington, DE 19899-0830 |
| 13989112 | | Email/Text: Bankruptcy@ICSystem.com | Oct 13 2022 01:02:00 | I.c. System Inc., Po Box 64378, Saint Paul, MN 55164 |
| 13989113 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 13 2022 01:02:00 | Internal Revenue Service, Attn: Special Procedures, 6th and Arch Streets, Philadelphia, PA 19106 |
| 14285891 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 13 2022 01:02:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 13996714 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 13 2022 01:02:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 13989114 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 13 2022 01:02:00 | Mariner Finance, Llc, 8211 Town Center Dr, Baltimore, MD 21236-5904 |
| 14011664 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 13 2022 01:12:44 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 13989115 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 13 2022 01:12:44 | Midland Mortgage Co, Attn: Customer |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: 138OBJ | Total Noticed: 19 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 13989116 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 13 2022 01:02:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14009107 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 13 2022 01:02:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14029879 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2022 01:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2022         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor James T. Darby Sr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: James T. Darby, Sr.
        Debtor(s)

Case No: 17−16536−mdc
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/12/22

55 − 49
Form 138OBJ